UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Stewart Hall, | ) | Civil No. 06-532 (PAM/JSM) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Chicago Bridge & Iron Company;<br>Flint Hills Resources, LP; and<br>Koch Industries, Inc. | ) | |
| Defendants. | ) | |

---

On the basis of the Stipulation of Dismissal entered into by the parties to this action,

IT IS ORDERED that the claims of Plaintiff Stewart Hall against each Defendant in this action be, and hereby are, dismissed as to all Defendants in this action, on their merits, with prejudice and without costs to either party.

BY THE COURT:

Dated: May  9 , 2006          s/Paul A. Magnuson
                              Paul A. Magnuson
                              United States District Judge